UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DENZEL SAMONTA RIVERS,

          Plaintiff,

v.                                                       Case No. 17-cv-1458-pp

DR. MARTHA BREEN-SMITH,

          Defendant.

---

**ORDER DENYING THE PLAINTIFF'S MOTION FOR ORDER TO COMPEL DISCOVERY FOR PRODUCTION OF DOCUMENTS (DKT. NO. 43)**

---

On July 11, 2018, the plaintiff filed a motion for order to compel discovery for production of documents. Dkt. No. 43. He alleges that the defendant objected to producing certain documents that the plaintiff requested on May 21, 2018. Id. at ¶¶1-4. He also asks the court to order the defendant to pay him $80,000 in expenses. Id. at p. 1. The court reminds the plaintiff that on July 6, 2018, the court issued an order staying all discovery until it could resolve the defendants' motion for summary judgment based on failure to exhaust administrative remedies. Dkt. No. 42. That means that *until the court lifts the stay*, (1) the defendant does not have to respond to the plaintiff's discovery demands, (2) the plaintiff should not make any further discovery demands, and (3) the plaintiff does not have to respond to any of the defendants' discovery demands.

The court **DENIES** the plaintiff's motion for order to compel discovery for production of documents. Dkt. No. 43.

Dated in Milwaukee, Wisconsin this 26th day of July, 2018.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**